## NATIONAL LABOR RELATIONS BOARD, Petitioner

v.

## WARMACK–FITTS STEEL CO.

### No. 17061.

United States Court of Appeals Eighth Circuit.

June 12, 1962.

Stuart Rothman, Gen. Counsel, N. L. R. B. and Marcel Mallet-Prevost, Asst. Gen. Counsel, N. L. R. B., for petitioner.

James A. Gilker, Fort Smith, Ark., for respondent.

PER CURIAM.

Order of Labor Board enforced on petition for enforcement and stipulation for entry of consent decree.

## The LAWSON MILK COMPANY, a corporation, Plaintiff-Appellant,

v.

## Orville L. FREEMAN, Secretary of Agriculture, Defendant-Appellee.

### No. 14410.

United States Court of Appeals Sixth Circuit.

June 29, 1962.

Landon G. Dowdey and H. Keith Eisaman, Washington, D. C., for appellant.

Merle M. McCurdy, U. S. Atty., Cleveland, Ohio, Alan S. Rosenthal, Department of Justice, Washington, D. C., Neil Brooks, Asst. General Counsel, U. S. Department of Agriculture, Washington, D. C., for appellee.

Thomas J. Quigley, Squire, Sanders & Dempsey, Cleveland, Ohio, amicus curiae.

Before CECIL, WEICK and O'SULLIVAN, Circuit Judges.

ORDER.

The judgment of the District Court is vacated, 187 F.Supp. 66, and this cause is remanded to that court for further proceedings and consideration in the light of the opinion of the Supreme Court in Lehigh Valley Cooperative Farmers, Inc. et al. v. United States et al., decided June 4, 1962, 370 U.S. 76, 82 S.Ct. 1168, 8 L.Ed.2d 345.

## UNITED STATES of America, Appellant

v.

## GEORGETOWN FARMERS ELEVATOR.

### No. 17053.

United States Court of Appeals Eighth Circuit.

May 29, 1962.

Miles W. Lord, U. S. Atty. and Louis F. Oberdorfer, Asst. Atty. Gen., Tax Div., for appellant.

Philip B. Vogel, Fargo, N. D., and Stiening, Olson & Thysell, Moorhead, Minn., for appellee.

PER CURIAM.

Appeal from District Court dismissed on motion of appellant.